AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN          DISTRICT OF        NEW YORK

Loyd Daniel Amerson

'08   CIV   4084

## SUMMONS IN A CIVIL CASE

### V.

Novartis Pharmaceuticals Corporation and
Merck & Co., Inc.

CASE NUMBER:

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080

Merck & Company
One Merck Drive
Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 0 1 2008

CLERK

DATE

(BY) DEPUTY CLERK

2008 05/13/1449

AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **JOSE ALARCON** |
| TITLE: | **PROCESS SERVER**                    DATE: **05/09/2008  03:11PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MERCK & COMPANY _____

Place where served:

ONE MERCK DR.   WHITE HOUSE STATION NJ 08889 _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOAN DEARBORN _____

Relationship to defendant: MANAGING AGENT _____

Description of person accepting service:

SEX: F__  AGE: 51-65__  HEIGHT: 5'4"-5'8"__  WEIGHT: 131-160 LBS.____   SKIN: WHITE___   HAIR: BLACK___  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05 / 09 / 20 08 _____L.S.
                        SIGNATURE OF JOSE ALARCON
                    GUARANTEED SUBPOENA SERVICE, INC.
                         2009 MORRIS AVENUE
                          UNION, NJ 07083

05-09-08

| | |
|---|---|
| ATTORNEY: | RUSSEL H. BEATIE, ESQ. |
| PLAINTIFF: | LOYD DANIEL AMERSON |
| DEFENDANT: | NOVARTIS PHARMACEUTICALS CORP. ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 08 CV 4084 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ