UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOYD DANIEL AMERSON,<br><br>    Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION and MERCK & CO., INC.,<br><br>    Defendants. | Civil Action No.: 1:08-cv-04084<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

    (a) Novartis Finance Corporation, a New York corporation;

    (b) Novartis Corporation, a New York corporation;

    (c) Novartis Holding, AG, a Swiss company; and

    (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

    (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  May 27, 2008 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Diane E. Lifton
　　　　　　　　　　　　　　　　　　　　　　Diane E. Lifton (DL-9673)
　　　　　　　　　　　　　　　　　　　　　　DLifton@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　Ethan D. Stein (ES-7130)
　　　　　　　　　　　　　　　　　　　　　　EStein@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　GIBBONS P.C.
　　　　　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza, 37th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10119-3701
　　　　　　　　　　　　　　　　　　　　　　Phone: 212-613-2000
　　　　　　　　　　　　　　　　　　　　　　Fax: 212-333-5980
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Novartis*
　　　　　　　　　　　　　　　　　　　　　　*Pharmaceuticals Corporation*

　　　　　　　　　　　　　　　　　　　　　　*Of counsel:*
　　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　Katharine R. Latimer
　　　　　　　　　　　　　　　　　　　　　　Robert E. Johnston
　　　　　　　　　　　　　　　　　　　　　　SPRIGGS & HOLLINGSWORTH
　　　　　　　　　　　　　　　　　　　　　　1350 I Street, NW, Ninth Floor
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　　　Phone:  (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　　Fax:  (202) 682-1639

24

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

> Daniel A. Osborn, Esq.
> Russel H. Beatie, Esq.
> Philip J. Miller, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY 10175

I further certify that on May 27, 2008, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| The Powell Law Firm, L.C. | The Offices of Jeffrey C. Bogert |
| 269 South Beverly Drive | 501 Colorado Boulevard |
| Suite 1156 | Suite 208 |
| Beverly Hills, CA 90212 | Santa Monica, CA 90401 |

s/ Diane E. Lifton
Diane E. Lifton

25